FILED
August 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002863429

DANIEL S. WEISS (State Bar No. 91930)
LAW OFFICES OF DANIEL S. WEISS
2277 Fair Oaks Blvd., Suite 495
Sacramento, California 95825
Telephone: (916) 569-1610
FAX No.: (916) 569-1612
e-mail: dweiss@danielweisslaw.com

Attorney for Debtor-in-possession

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TRANCAS FUND I, LP,<br><br><br><br>Debtor-in-possession. | Case No. 10-22683- C-11<br><br>MCN: DSW-003<br><br>DATE: September 8, 2010<br>TIME: 10:00 A.M.<br>DEPT: C – Courtroom 35 |

### MOTION FOR APPROVAL OF SALE OF REAL PROPERTY, APPROVAL OF BROKER'S COMMISSION, AND DISTRIBUTION OF SALE PROCEEDS
### [11 USC §363]

TRANCAS FUND I, LP ("TRANCAS"), Debtor and Debtor-in-possession herein, hereby moves for approval of a sale of a portion of real property of the estate, pursuant to Bankruptcy Code §363, consisting of the 6th Floor of the 6-story commercial office building situated at 1001 K Street, under the terms and conditions set forth in the Purchase and Sale Agreement filed herewith as Exhibit "A" and incorporated herein by reference for all purposes. The significant terms may be summarized as follows:

////

1

The proposed sale is within the ordinary course of business of the Debtor-in-possession, which is a company formed expressly for the purpose of purchasing the building at 1001 K Street, making improvements to it, and selling floors of the building, or portions thereof as condominium offices. However, inasmuch as this Motion seeks not only approval of the sale but brokers' fees and commissions, costs of sale, permit fees, contractor's fees and costs for necessary improvements to the property in order to make the sale premises suitable for occupancy and U.S. Trustee's fees to be paid from the proceeds of the sale, Court approval is deemed necessary.

The proposed sale is of a condominium unit consisting of the entire sixth floor of the building, subject to common area use. The sale price is $1,470,000.00, to be paid as follows: An initial deposit of $25,000.00; an additional deposit of $50,000.00 on or before the sixtieth day after the effective date (as defined in the agreement); and the balance, subject to adjustment and proration as provided in the agreement, at closing from the proceeds of a new deed of trust obtained by the purchaser. The offer to purchase was procured by Ken Turton, of Turton Commercial Real Estate, and Greg Levi, of Jones Lang LaSalle, both licensed California real estate brokerage firms, and the agreement calls for the payment of commissions to each of the brokers equal to three percent (3%) of the purchase price (i.e., total commissions of six percent). The purchaser is California Independent Petroleum Association, a California corporation, an entity which is not related to the Debtor in any manner.

By this Motion, Debtor is seeking the Court's approval of the sale, the Court's approval of the commissions to be paid to the brokers and the distribution directly out of the escrow of all proceeds of the sale as follows: First, to payment of brokers' commissions; second, to payment of any delinquent and/or pro-rated current year's real property taxes; third, to seller's allocable costs of

2

sale, including but not limited to escrow and title fees, taxes and/or transfer fees and other related appropriate costs; fourth, the sum of not to exceed $133,600 (which includes a $13,500 reserve for contingencies) to be paid to Bruce Neifert, (a copy of whose proposal is attached hereto and incorporated herein as Exhibit "A"), as project manager, to pay SMUD permit fees and to engage licensed contractors to install electrical service required by SMUD in order to make the unfinished portion of the building suitable for occupancy; fifth, $6,500 to Debtor-in-possession for payment of United States Trustee's quarterly fees allocable to this distribution; and sixth, the remaining balance to Borel Private Bank, the holder of the first deed of trust against the debtor's real property.

## **RELIEF SOUGHT**

WHEREFORE, Debtor-in-possession respectfully urges the Court:

To enter an order approving the sale of the property in accordance with the terms and conditions set forth in the Purchase and Sale Agreement; to approve the payment of commissions to the broker as provided in the Purchase and Sale Agreement; to approve the distribution of the sale proceeds in the manner hereinabove specified; and to grant Debtor-in-possession such further and other relief as the Court deems just and proper

        Respectfully submitted,

        LAW OFFICES OF DANIEL S. WEISS
        Attorneys for Debtor-in-possession
        TRANCAS FUND I, LP

Dated: August 18, 2010.        By: _____/s/ Daniel S. Weiss_____

3